# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-135-M |
| ) | |
| OKLAHOMA DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 12, 2007, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this action be dismissed without prejudice to refiling based upon Plaintiff's failure to pay the partial filing fee or to show good cause for such failure. Plaintiff was advised of his right to object to the Report and Recommendation by April 2, 2007. A review of the file reveals that no objection has been filed and Plaintiff has still not paid the partial filing fee.

Accordingly, upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on March 12, 2007; and

(2) DISMISSES this action without prejudice to refiling based upon Plaintiff's failure to pay the partial filing fee or to show cause for such failure.

**IT IS SO ORDERED this 6th day of April, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE